# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

*RULE 3011*

List of Unclaimed Funds, Claimants, and Amounts

IN THE MATTER OF:                                   CHAPTER 13 CASE:

Perry Elliott                                                     18-12493
310B Cotton Rd
Oxford, MS 38655


| CLAIMANT | LAST KNOWN ADDRESS | AMOUNT |
|---|---|---|
| Perry Elliott | 310B Cotton Rd<br>Oxford, MS 38655 | $2,247.07 |

DATED: June 28, 2019

Respectfully submitted,
Locke D. Barkley, Trustee
6360 I-55 North
Suite 140
Jackson, MS 39211
(601) 355-6661

CC: Robert Gambrell